**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**REGINA WILFORD**                                                                                                **PLAINTIFF**

v.                                                                  **4:07CV00265-WRW**

**SHERIE BROWN, MICHELLE
JOHNSON, DERRICK CHAMBERS,
and CROTHALL HEALTH**                                                                                 **DEFENDANTS**

**ORDER**

Pending is Separate Defendants' Brown, Johnson, and Chambers Motion to Dismiss (Doc. No. 14). Plaintiff, who is proceeding *pro se*, has not responded.[1]

In order to bring a Title VII claim, an individual must: (1) timely file a charge of discrimination with the EEOC setting forth the facts and nature of the charge and (2) receive notice of the right to sue.[2] Once an individual receives notice of the right to sue, she has 90 days in which to file suit.[3]

Plaintiff received a Dismissal and Notice of Rights from the Equal Employment Opportunity Commission on October 25, 2006.[4] Plaintiff filed a *Pro Se* Complaint on March 22, 2007,[5] well over ninety days later. Plaintiff has presented no evidence that would warrant equitable tolling; accordingly, Defendants' Motion to Dismiss is GRANTED. Furthermore, although Defendant

---

[1] By Letter Order (Doc. No. 16) entered on May 22, 2007, Plaintiff was given until Monday, June 11, 2007 to respond to the Motion to Dismiss. No response was received.

[2] *Williams v. Little Rock Mun. Water Works*, 21 F.3d 218, 222 (8th Cir. 1994).

[3] *Williams v. Thompson Corp.*, 383 F.3d 789, 790 (8th Cir. 2004); *Williams v. Little Rock Mun. Water Works*, 21 F.3d 218, 222 (8th Cir. 1994); 42 U.S.C. § 2000e-5(f)(1).

[4] Doc. No. 14-2.

[5] Doc. No. 2.

Crothall Health has not been served and did not participate in the Motion to Dismiss, it too benefits from the ninety day limitation period.   Because Plaintiff did not bring this suit in timely fashion, her claims are DISMISSED against all Defendants.

     IT IS SO ORDERED this 12th day of June, 2007.

                                                     /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE